250 April 24, 2024 No. 268

***This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MICHAEL ANDREW MENDIBLES,
*Defendant-Appellant.*

Clackamas County Circuit Court
21CR58667; A180544

Katherine E. Weber, Judge.

Submitted March 8, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Marc D. Brown, Deputy Public Defender, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, C. J., and Egan, J.

EGAN, J.

Affirmed.

**EGAN, J.**

Defendant appeals from a judgment of conviction for unauthorized use of a vehicle, ORS 164.135 (UUV). His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

The state charged defendant with UUV and fleeing or attempting to elude a police officer, ORS 811.540. After a court trial, defendant was convicted of UUV, and the other charge was dismissed. At a sentencing hearing in which defendant was sentenced in seven pending criminal cases, the trial court sentenced defendant to 18 months in prison for the crime of UUV in Case No. 21CR58667, with 12 months to run consecutive to an 18-month sentence imposed in Case No. 21CR36251.

Having reviewed the record, including the pretrial proceedings, the arguments and testimony during defendant's court trial, and the arguments at sentencing, and having also reviewed the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).